**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| TIMOTHY J. MEDING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00166-JSD |
| | ) | |
| STATE OF MISSOURI, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM AND ORDER**

Petitioner Timothy J. Meding has filed a Petition for Writ of Habeas Corpus pursuant to

28 U.S.C. § 2254, but he has neither paid the filing fee nor filed a motion for leave to proceed *in*

*forma pauperis*.  "The Clerk may refuse to receive and file any pleading or document in any case

until the applicable statutory fee is paid, except in cases accompanied by a completed application

to proceed in forma pauperis."  E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit

a motion for leave to proceed *in forma pauperis*, within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of

the Court's form "Motion to Proceed *in Forma Pauperis* and Affidavit in Support – Habeas Cases."

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court

will dismiss this action without further notice.

Dated this 22nd day of July, 2026.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE